IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| FIRST FRANCHISE CAPITAL CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:13-cv-01135-GBL-JFA |
| | ) | |
| MA HAMPTON LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of Report and Recommendation entered on January 10, 2014 by United States Magistrate Judge John F. Anderson (Doc. 30), who was designated to conduct a hearing in this matter, no objection having been filed within fourteen days, and upon independent review of the record,

**IT IS HEREBY ORDERED** that the Court adopts, as its own, the findings of fact and accepts the recommendation of United States Magistrate Judge Anderson;

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Default Judgment (Doc. 24) is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk enter judgment in favor of Plaintiff First Franchise Capital Corporation and against Defendants MA Lynnhaven, LLC, MA Janaf, LLC, MA Woods Corner, LLC, MA Battlefield, LLC, Marlin Alexander, Inc., David A. Arris and Jolene Arris, jointly and severally, on Plaintiff's claims for breach of contract in the total amount of $1,591,906.04 with interest accruing at the rate of 18% from the date of judgment until paid, consisting of the following:

1) Unpaid Principal Payments in the amount of $688,466.78;

2) Prepayment Fee in the amount of $560,316.60;

3) Unpaid Interest in the amount of $289,752.82;

4) Late Charges in the amount of $49,669.84; and

5) NSF Fees in the amount of $3,700.00

**IT IS FURTHER ORDERED** that the Clerk close this action and remove the case from the Court's docket.

**IT IS SO ORDERED.**

ENTERED this 24th day of February, 2014.

Alexandria, Virginia
2 / 24 / 2014

/s/
Gerald Bruce Lee
United States District Judge